**From:** Susan Manning [mailto:smanning@luminentcapital.com]
**Sent:** Monday, September 29, 2008 12:06 PM
**To:** Juan Carlos Bou
**Cc:** Jorge Rodriguez; Zach Pashel; Karen Chang
**Subject:** RE: DIP Financing Request

Is this in process?

*Susan Manning*
*VP, Finance and Controller*
*Luminent Mortgage Capital, Inc.*
*(debtor in possession)*
*1515 Market Street, Suite 2000*
*Philadelphia, PA 19102*
*Phone: 215-564-5965*
*Cell: 267-515-2343*
*smanning@luminentcapital.com*

---

**From:** Susan Manning
**Sent:** Monday, September 29, 2008 9:16 AM
**To:** 'jbou@ARCOCAPITAL.COM'
**Cc:** 'jrodriguez@arcocapital.com'; Zach Pashel; Karen Chang
**Subject:** DIP Financing Request

We would like to request a loan of $200,000 under the Post Petition Loan and Security Agreement dated September 5, 2008. Please wire the requested funds to our Wachovia operating account today.

Please let me know if you need any further information.

Thank you

*Susan Manning*
*VP, Finance and Controller*
*Luminent Mortgage Capital, Inc.*
*(debtor in possession)*
*1515 Market Street, Suite 2000*
*Philadelphia, PA 19102*

10/5/2008

*Phone: 215-564-5965*
*Cell: 267-515-2343*
*smanning@luminentcapital.com*

10/5/2008