-----Original Message-----
From: Zach Pashel [mailto:zpashel@luminentcapital.com]
Sent: Monday, September 29, 2008 8:07 PM
To: Juan Carlos Bou
Subject: Re: Drawdown

Yes

----- Original Message -----
From: Juan Carlos Bou <jbou@ARCOCAPITAL.COM>
To: Zach Pashel; Karen Chang; Susan Manning
Sent: Mon Sep 29 19:06:48 2008
Subject: RE: Drawdown

Is that excluding today's drawdown?


Juan C. Bou
General Counsel
City View Plaza II
#48, Road 165, Suite 6000
Guaynabo  PR  00968
+1 787 993 9659   Office
+1 787 993 9651   Fax
+1 787 426-5354   Mobile
jbou@arcocapital.com

PRIVILEDGED AND CONFIDENTIAL:  This electronic transmission contains information belonging to Arco Capital Management LLC, which is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited.


-----Original Message-----
From: Zach Pashel [mailto:zpashel@luminentcapital.com]
Sent: Monday, September 29, 2008 8:06 PM
To: Juan Carlos Bou; Karen Chang; Susan Manning
Subject: Re: Drawdown

I don't know exactly, but approx 200k

----- Original Message -----
From: Juan Carlos Bou <jbou@ARCOCAPITAL.COM>
To: Zach Pashel; Karen Chang; Susan Manning
Sent: Mon Sep 29 19:05:30 2008
Subject: RE: Drawdown

Ok.  Thanks.  How much cash/cash collateral do you guys have on hand (excluding today's $200 k drawdown)?


Juan C. Bou
General Counsel
City View Plaza II
#48, Road 165, Suite 6000
Guaynabo  PR  00968
+1 787 993 9659   Office
+1 787 993 9651   Fax
+1 787 426-5354   Mobile
jbou@arcocapital.com

PRIVILEDGED AND CONFIDENTIAL: This electronic transmission contains information belonging to Arco Capital Management LLC, which is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited.

-----Original Message-----
From: Zach Pashel [mailto:zpashel@luminentcapital.com]
Sent: Monday, September 29, 2008 7:58 PM
To: Juan Carlos Bou; Karen Chang; Susan Manning
Subject: Fw: Drawdown

Juan Carlos

We plan on using our existing cash and the drawdown to fund our current and near term obligations all contemplated under the Budget.

Zach
------Original Message------
From: Juan Bou
To: Susan Manning
To: Karen Chang
Cc: 'zach@pashel.com'
Sent: Sep 29, 2008 2:03 PM
Subject: Drawdown

Karen/Suzanne-

Please confirm that you have used, for purposes set forth in the Budget, all cash on hand and cash collateral. Please also advise as to the intended use of the funds under the $200K drawdown request.

Thanks,

JCB

  cid:image002.jpg@01C7B8E5.99B9A310

Juan C. Bou
General Counsel
City View Plaza II
#48, Road 165, Suite 6000
Guaynabo  PR  00968
+1 787 993 9659   Office
+1 787 993 9651   Fax
+1 787 426-5354   Mobile
 <mailto:jbou@arcocapital.com> jbou@arcocapital.com

PRIVILEDGED AND CONFIDENTIAL: This electronic transmission contains information belonging to Arco Capital Management LLC, which is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited.